IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NOKIA OF AMERICA CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 25-1106-MN |
| v. | ) | |
| | ) | |
| ACER INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## STIPULATION TO EXTEND TIME

The parties hereby stipulate and agree, subject to the approval of the Court, that the time

for Defendant Acer Inc. to move, plead, or otherwise respond to the Complaint (D.I. 1) is

extended through and including January 13, 2026.


| | |
|---|---|
| /s/ Brian E. Farnan | /s/ Karen E. Keller |
| Brian E. Farnan (No. 4089) | Karen E. Keller (No. 4489) |
| Michael J. Farnan (No. 5165) | Andrew E. Russell (No. 5382) |
| FARNAN LLP | SHAW KELLER LLP |
| 919 North Market Street, 12th Floor | I.M. Pei Building |
| Wilmington, DE 19801 | 1105 North Market Street, 12th Floor |
| (302) 777-0300 | Wilmington, DE 19801 |
| bfarnan@farnanlaw.com | (302) 298-0700 |
| mfarnan@farnanlaw.com | kkeller@shawkeller.com |
| *Attorneys for Plaintiff Nokia of America* | arussell@shawkeller.com |
| *Corporation* | *Attorneys for Defendant Acer Inc.* |

Dated: October 14, 2025


SO ORDERED this _____ day of _____, 2025.


_____

United States District Judge