IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOKIA OF AMERICA CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 25-1106-MN |
| v. | ) |
| | ) |
| ACER INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |

## ACER INC.'S RULE 7.1 DISCLOSURE STATEMENT

Defendant Acer Inc., by and through its attorneys, makes the following disclosure pursuant to Rule 7.1 of the Federal Rules of Civil Procedure:

Acer Inc. is a Taiwanese corporation. No entity or publicly held corporation owns 10% or more of Acer Inc.'s stock.

|  |  |
|---|---|
| OF COUNSEL:<br>Jerry Chen<br>TECHKNOWLEDGE LAW GROUP LLP<br>100 Marine Parkway, Suite 200<br>Redwood Shores, CA 94065<br>(650) 517-5200<br><br>Dated: October 14, 2025 | /s/ Karen E. Keller<br>Karen E. Keller (No. 4489)<br>Andrew E. Russell (No. 5382)<br>SHAW KELLER LLP<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 298-0700<br>kkeller@shawkeller.com<br>arussell@shawkeller.com<br>*Attorneys for Defendant Acer Inc.* |