# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOKIA OF AMERICA CORPORATION, AT&T SERVICES, INC., AT&T MOBILITY LLC, AT&T MOBILITY II LLC, T-MOBILE USA, INC., SPRINT, LLC F/K/A SPRINT CORP., AND CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS, <br><br> Plaintiffs, <br> v. <br><br> ACER INC., <br><br> Defendant. | Civil Action No. 25-cv-1106-MN <br><br> **JURY TRIAL DEMANDED** |
| ERICSSON INC., <br><br> Plaintiffs, <br> v. <br><br> ACER INC., <br><br> Defendant. | Civil Action No. 26-cv-176-MN <br><br> **JURY TRIAL DEMANDED** |

## STIPULATION AND [PROPOSED] ORDER RE: PARAGRAPH 3 ESI DISCLOSURES

The parties, subject to the Court's approval, agree to extend the deadline for ESI disclosures (D.I. 69) to July 29, 2026.

Dated: June 29, 2026                          Respectfully submitted,

FARNAN LLP                                    SHAW KELLER LLP

/s/ Brian E. Farnan                           /s/ Karen E. Keller
Brian E. Farnan (#4089)                       Karen E. Keller (No. 4489)
Michael J. Farnan (#5165)                     Andrew E. Russell (No. 5382)
919 North Market Street, 12th Floor           I.M. Pei Building
Wilmington DE 19801                           1105 North Market Street, 12th Floor
(302) 777-0300                                Wilmington, DE 19801
bfarnan@farnanlaw.com                         (302) 298-0700
mfarnan@farnanlaw.com                         kkeller@shawkeller.com

arussell@shawkeller.com

*Attorneys for Plaintiffs Nokia of America Corporation and T-Mobile USA, Inc.*

*Attorneys for Defendant Acer Inc.*

RICHARDS, LAYTON & FINGER, P.A.

/s/ Kelly E. Farnan
Kelly E. Farnan (#4395)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
farnan@rlf.com

*Attorney for Plaintiffs Ericsson Inc., AT&T Services, Inc., AT&T Mobility LLC, AT&T Mobility II LLC, and Cellco Partnership d/b/a Verizon Wireless*

IT IS SO ORDERED this _____ day of _____, 2026.

_____
The Honorable Maryellen Noreika
 United States District Judge