**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

NOKIA OF AMERICA CORPORATION, AT&T SERVICES, INC., AT&T MOBILITY LLC, AT&T MOBILITY II LLC, T-MOBILE USA, INC., AND CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS,

Plaintiffs,

v.

ACER INC.,

Defendant.

C.A. No. 25-cv-1106-MN

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on July 24, 2026, a copy of Plaintiffs' First Set of Requests for Production to Acer (Nos. 1-64) was served on the following as indicated:

Via E-Mail
Karen E. Keller
Virginia K. Lynch
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
skacer@shawkeller.com

*Attorneys for Defendant Acer Inc.*

Via E-Mail
Jerry Chen
James C. Otteson
Craig Kaufman
TECHKNOWLEDGE LAW GROUP LLP
jchen@tklg-llp.com
jotteson@tklg-llp.com
ckaufman@tklg-llp.com

Warren McCarty
Jason S. McManis
Weining Bai
Hailey Pulman
Savannah Ezelle
Abanoub "Ab" Henry
AHMAD ZAVITSANOS & MENSING PLLC
acer_aza@azalaw.com

*Attorneys for Defendant Acer Inc.*

Dated: July 29, 2026

Respectfully submitted,

**FARNAN LLP**

*/s/ Brian E. Farnan*
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 North Market Street, 12th Floor
Wilmington, Delaware 19801
Telephone: (302) 777-0300
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

***Attorneys for Plaintiffs Nokia of America Corporation, and T-Mobile USA, Inc.***

**RICHARDS LAYTON & FINGER**

*/s/ Kelly E. Farnan*
Kelly E. Farnan (Bar No. 4395)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
farnan@rlf.com

***Attorney for Plaintiffs AT&T Services, Inc., AT&T Mobility LLC, AT&T Mobility II LLC, and Cellco Partnership d/b/a Verizon Wireless***

John D. Haynes (*pro hac vice*)
john.haynes@alston.com
Georgia State Bar No. 340599
David S. Frist (*pro hac vice*)
david.frist@alston.com
Georgia State Bar No. 205611
**ALSTON & BIRD LLP**
1201 West Peachtree Street, Suite 4900
Atlanta, Georgia 30309
Telephone: (404) 881-7000
Facsimile: (404) 881-7777

Lindsay C. Church (*pro hac vice*)
lindsay.church@alston.com
Missouri State Bar No. 77758

**ALSTON & BIRD LLP**
227 West Monroe Street, Suite 3900
Chicago, Illinois 60606
Telephone: (312) 702-8700

***Attorneys for Plaintiffs Nokia of America Corporation, AT&T Services, Inc., AT&T Mobility LLC, AT&T Mobility II LLC, T-Mobile USA, Inc., and Cellco Partnership d/b/a Verizon Wireless***